THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00042-MR

| | |
|---|---|
| JAMES WHITTON d/b/a BLACKEYE STREETWEAR, ) ) ) Plaintiff, ) ) vs. ) ) BLACKEYE, LLC and SCOTT CROSBY, ) ) ) Defendants. ) ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On June 6, 2014, the Court entered a Pretrial Order and Case Management Plan, ordering mediation to occur in this case on or before March 13, 2015. [Doc. 13]. To date, no report has been filed regarding the parties' mediation.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties shall provide a status report within seven (7) days of the entry of this Order advising the Court of the result of the parties' mediation.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge