THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00042-MR-DLH

| | | |
|---|---|---|
| JAMES WHITTON d/b/a BLACKEYE STREETWEAR, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | <u>**O R D E R**</u> |
| BLACKEYE, LLC and SCOTT CROSBY, | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on the parties' Joint Status Report advising that the parties have settled this matter. [Doc. 16]. The Court will allow the parties thirty (30) days in which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: April 17, 2015

Martin Reidinger
United States District Judge